UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

Keith Chang

                                         **Plaintiffs**

Docket No. 11-1153

-against-

Cavalry Portfolio Services, LLC       **Defendants**

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

*The Clerk shall CLOSE this case.*

**S/ JOSEPH MAURO**        1/23/2012
Joseph M. Mauro        Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/ JONATHAN ELLIOT**      1/23/2012
Jonathan Elliot, Esq.      Date
Zeldes, Needle & Cooper, P.C
1000 Lafayette Boulevard Suite 500
Bridgeport, CT 06604

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 2-1-12
Central Islip, NY